IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ALEXANDRA DUNSTON | : | CIVIL ACTION NO. 16-1458 | |
|---|---|---|---|
| v. | : | | |
| BAYER ESSURE, INC., et al. | : | | |
| | : | NO. 16-1645 (Clarke) | NO. 16-3730 (Mantor) |
| | : | NO. 16-1921 (Souto) | NO. 16-3731 (O'Donnell) |
| | : | NO. 16-2166 (Bailey) | NO. 16-3732 (Gross) |
| | : | NO. 16-2154 (Campos) | NO. 16-3733 (Johnson) |
| | : | NO. 16-2717 (Morgan) | NO. 16-3766 (Summerlin) |
| And Related Actions | : | NO. 16-3049 (Tulgetske) | NO. 16-3767 (Rodvill) |
| | : | NO. 16-3409 (Abbey) | NO. 16-3768 (Bernal) |
| | : | NO. 16-3589 (Burgis) | NO. 16-3769 (Aponte) |
| | : | NO. 16-3710 (Donahue) | NO. 16-4081 (Bradford) |
| | : | | NO. 17-2915 (Winstrom) |

## ORDER

**AND NOW**, this 3rd day of October, 2017, upon consideration of Defendants' Omnibus Motion to Dismiss, the separate, but identical, Motion to Dismiss filed in <u>Winstrom v. Bayer Corp.</u>, Civ. A. No. 17-2915, and all documents filed in connection with both Motions, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motions are **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motions are **GRANTED** to the extent that they seek the dismissal of the portion of the negligent misrepresentation claim in Count IV that rests on the statements in Paragraphs 208(m)-(v), (x)-(z), (aa)-(bb), and (dd)-(ff), and Count IV is **DISMISSED** to the extent that it rests on the statements in Paragraphs 208(m)-(v), (x)-(z), (aa)-(bb), and (dd)-(ff).

2. In all other respects, the Motions are **DENIED.**

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.